UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHEN JOHANNES,

    Plaintiff,

v.                                        CASE NO: 8:06-cv-1018-T-23TBM

SUNDT CONSTRUCTION, INC.,

    Defendant.
_____/

## **ORDER**

The defendant notifies the court of settlement.  Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause.  The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on June 13, 2007.

                                                      STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy